**TRAFLET & FABIAN**
ATTORNEYS AT LAW
Carriage Court Two
264 South Street
MORRISTOWN, NEW JERSEY 07960
(973) 631-6222

ATTORNEYS FOR Defendant
Equifax Information Services LLC

THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ANNECHARICO,<br><br>　　　　　Plaintiff,<br><br>-vs-<br><br>POPULAR MORTGAGE SERVICING, INC., LITTON LOAN SERVICING, EQUIFAX, VERIZON, TRANS UNION and XYZ COMPANY 1 THRU 10,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 09-3594(JBS)(JS)<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Thomas Annecharico and Defendant Equifax Information Services LLC that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action be dismissed with prejudice against Defendant Equifax Information Services LLC, as settled, with each party to bear their own costs incurred within.

RAFLET & FABIAN
Attorneys at Law
Carriage Court Two
264 South Street
orristown, NJ 07960
(973) 631-6222
Fax (973) 631-6226

| | |
|---|---|
| THOMAS ANNECHARICO<br>16 Saint Mary Avenue<br>Manahawkin, NJ 08050<br>(609) 978-1361<br>Plaintiff *Pro Se*<br><br>By: _____<br>Thomas Annecharico<br><br>DATED: December 14, 2009 | TRAFLET & FABIAN<br>264 South Street<br>Morristown, New Jersey 07960<br>(973) 631-6222<br>Attorneys for Defendant<br>Equifax Information Services LLC<br><br>By: _____<br>Debra M. Albanese<br><br>DATED: December 22, 2009 |

SO ORDERED:

_____
Hon. Jerome B. Simandle, U.S.D.J.
December 23, 2009

TRAFLET & FABIAN
Attorneys at Law
Carriage Court Two
264 South Street
Morristown, NJ 07960
(973) 631-6222
Fax (973) 631-6226